NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ESTATE OF XAVIER PETE, | Case No. 3:07-cv-00185-JWS |
| Plaintiff, | |
| v. | **NOTICE REGARDING SETTLEMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant | |

The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings.

Respectfully submitted this 30th day of October, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
Alaska Bar No. 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2008,
a copy of the foregoing **Notice Regarding Settlement**
was served electronically on Kenneth S. Roosa.

s/ Gary M. Guarino

Pete v. USA
Case No. 3:07-cv-00185-JWS       2