IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ESTATE OF XAVIER PETE, SR., | ) ) ) | Case No. 3:07-cv-00185-JWS |
| Plaintiff | ) ) | |
| Vs. | ) ) | **Order for Dismissal** |
| THE UNITED STATES OF AMERICA | ) ) ) | |
| Defendant | ) ) | |

The Court having considered the parties' Stipulation for Dismissal, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees.

| | |
|---|---|
| <u>January 5, 2009</u><br>Date: | <u>/s/ JOHN W. SEDWICK</u><br>John W. Sedwick<br>United States District Judge |